**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mark J. Bennett | Social Security number or ITIN   xxx–xx–8524 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marion R. Bennett | Social Security number or ITIN   xxx–xx–1209 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–18894–MBK

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark J. Bennett

Marion R. Bennett
aka Marion R. Golubinski

9/1/21

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-18894-MBK
Mark J. Bennett  Chapter 13
Marion R. Bennett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Sep 01, 2021      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark J. Bennett, Marion R. Bennett, 3 Venus Street, New Monmouth, NJ 07748-1525 |
| 516163810 | + | Prudential Financial, Att: Retirement Plan Servicing, 751 Broad Street, Newark, NJ 07102-3754 |
| 516163812 | + | United Collection Bureau Inc., 5620 Southwyck Blvd., Toledo, OH 43614-1501 |
| 516177376 | + | VW Credit, Inc., PO BOX 9013, ADDISON, TEXAS 75001-9013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2021 22:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2021 22:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516163799 | | EDI: AMEREXPR.COM | Sep 02 2021 01:53:00 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 516250630 | | EDI: BECKLEE.COM | Sep 02 2021 01:53:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516163800 | | Email/Text: cms-bk@cms-collect.com | Sep 01 2021 22:22:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 516355586 | | EDI: BL-BECKET.COM | Sep 02 2021 01:53:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516163801 | | EDI: RMSC.COM | Sep 02 2021 01:53:00 | Car Care One/Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 516163802 | + | EDI: CITICORP.COM | Sep 02 2021 01:53:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 516163803 | | EDI: DISCOVER.COM | Sep 02 2021 01:53:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 516181018 | | EDI: IRS.COM | Sep 02 2021 01:53:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516183935 | | EDI: DISCOVER.COM | Sep 02 2021 01:53:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 516163804 | + | EDI: CITICORP.COM | Sep 02 2021 01:53:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 516163807 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 01 2021 22:21:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516392571 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2021 22:25:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 16-18894-MBK    Doc 39    Filed 09/03/21    Entered 09/04/21 00:14:01    Desc Imaged
                           Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: 3180W | Total Noticed: 25 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 516284116 | + | EDI: MID8.COM | Sep 02 2021 01:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516163808 | + | EDI: RMSC.COM | Sep 02 2021 01:53:00 | Old Navy, Att: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 516163809 | + | EDI: RMSC.COM | Sep 02 2021 01:53:00 | PC Richard/Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 516403818 | | EDI: PRA.COM | Sep 02 2021 01:53:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 516403374 | | EDI: PRA.COM | Sep 02 2021 01:53:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516163811 | | EDI: CITICORP.COM | Sep 02 2021 01:53:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 516163813 | | Email/Text: vci.bkcy@vwcredit.com | Sep 01 2021 22:22:00 | Volkswagen Credit, PO Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516163806 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516163805 | * | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |
| 516284118 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518242701 | *+ | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2021              Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 01, 2021 | Form ID: 3180W | Total Noticed: 25 |

       on behalf of Creditor VW Credit  Inc. rsolarz@kmllawgroup.com

Warren Brumel
       on behalf of Joint Debtor Marion R. Bennett wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
       on behalf of Debtor Mark J. Bennett wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 6